# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

**07-758**


**STATE OF LOUISIANA**

**VERSUS**

**M.L.M.**


********** 


APPEAL FROM THE
ELEVENTH JUDICIAL DISTRICT COURT
PARISH OF SABINE, NO. 61206
HONORABLE ROBERT EDWARD BURGESS, DISTRICT JUDGE


**********


**MARC T. AMY**
**JUDGE**


**********


Court composed of John D. Saunders, Marc T. Amy, and Billy Howard Ezell, Judges.

**SENTENCES VACATED; REMANDED.**

**Don M. Burkett**
**District Attorney**
**Anna L. Garcie**
**Assistant District Attorney**
**Post Office Box 1557**
**Many, LA 71449**
**(318) 256-6246**
**COUNSEL FOR APPELLEE:**
    **State of Louisiana**

**William D. Dyess**
**Post Office Drawer 420**
**Many, LA 71449**
**(318) 256-5667**
**COUNSEL FOR DEFENDANT/APPELLANT:**
    **M.L.M.**

AMY, Judge.

For disposition of this companion case, *see State of Louisiana v. M.L.M.*, 07-757 (La.App. 3 Cir. _/_/08), _ So.2d _.

**SENTENCES VACATED; REMANDED.**